IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CHUCK HAYNES, | * |
| Plaintiff | * |
| vs. | * |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | * CASE NO. 3:07-CV-80 (CDL) |
| | * |
| Defendant | * |
| | * |

O R D E R

After a *de novo* review of the record in this case, the Recommendation filed by the United States Magistrate Judge on May 29, 2008, is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 25th day of June, 2008.

                                                S/Clay D. Land
                                                  CLAY D. LAND
                                 UNITED STATES DISTRICT JUDGE